IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


GLEN RAY BENEST                                                              PLAINTIFF


V.                                          CASE NO. 09-CV-4021

SHERIFF RON STOVALL;
CHARLES NEFF, Administrator; and
GARY TURNER, Head of Security                                         DEFENDANTS



**ORDER**

Before the Court is the Report and Recommendation filed December 8, 2009, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. 17). Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to

prosecute and his failure to keep the Court and opposing counsel informed of his current address.

*See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and

the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report

and Recommendation *in toto*. Accordingly, Plaintiff's claims are **DISMISSED**.

      **IT IS SO ORDERED**, this 4th day of January, 2010.


                                                            /s/ Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge